# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

———————————————

TERRY COLLINS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-2547

———————————————

March 27, 2024

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Hillsborough County; Lyann Goudie, Judge.

Terry Collins, pro se.

PER CURIAM.

Affirmed.

SILBERMAN, KELLY, and ROTHSTEIN-YOUAKIM, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.